Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> OP & SONS CONSTRUCTION, <br><br> Defendant. | Case No.: C 09-02435 VRW <br><br> **STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** <br><br> Date:   September 10, 2009 <br> Time:   3:30 p.m. <br> Ctroom: 6, 17th Floor <br>             Hon. Vaughn R. Walker |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On June 2, 2009 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to compel an audit of Defendant's books and records to determine whether or not there are outstanding trust fund contributions due on behalf of defendants' covered employees.

Defendant OP & Sons Construction was served on June 9, 2009. Responsive pleadings were due on or before June 29, 2009. No responsive pleading has been filed.

1  On August 7, 2009 Plaintiffs filed their Request for Clerk's entry of Default. On August 14, 2009 the Clerk of Court entered the default of OP & Sons Construction. Plaintiff intends to bring a motion for default judgment within the next 45 days.

Based on the above, Plaintiffs respectfully request that this Court continue the case management conference for 45 days. Within this 45-day period, Plaintiffs will file their motion for default judgment.

DATED: September 3, 2009

                                   BULLIVANT HOUSER BAILEY PC

                                   By _____
                                          Ronald L. Richman
                                          Susan J. Olson

                                   Attorneys for Plaintiffs Laborers Trust Funds

### CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for September 10, 2009 be ~~continued to _____, 2009 at 3:30 p.m., Courtroom 6, 17th Floor~~. VACATED.

DATED: September 4, 2009

                                   By _____
                                       HON. _____ JUDGE
                                   UNITED STATES DISTRICT COURT

[STAMP: GRANTED — Judge Vaughn R Walker — United States District Court Northern District of California]

11935584.1

– 2 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON