Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>OP & SONS CONSTRUCTION,<br><br>Defendant. | Case No.: C 09-02435 VRW<br><br>**ORDER GRANTING MANDATORY INJUNCTION**<br><br>Date:       January 7, 2010<br>Time:       10:00 a.m.<br>Courtroom: 6, 17th Floor<br>                    Hon. Vaughn R. Walker |

## ORDER

This Court, having been presented with Plaintiffs' Motion for Mandatory Injunction seeking a mandatory injunctive order compelling Defendant OP & Sons Construction to submit

to an audit of its business records by an auditor from the Plaintiffs Trust Funds to determine whether all employees covered by their collective bargaining agreement with the Northern California District Council of Laborers have been fully reported during the effective period of that collective bargaining agreement for the period October 1, 2005 through October, 2009, no response having been received from Defendant and the Clerk of Court previously entering the default of Defendant, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Mandatory Injunction be and hereby is granted and Defendant OP & Sons Construction is ordered to submit to an audit of its books and records and to produce and permit the auditors from Plaintiffs Trust Funds to inspect the following for the audit period October 1, 2005 through October, 2009:

> California Quarterly Report of Wages, Form DE-6; Federal Tax Forms W-3/W-2 and 1069/1099; Payroll Registers/Journals; Individual Earnings Records; Source Records, including time cards and time card summaries for all employees; contribution reports for all trust funds; workers' compensation reports; certified payroll reports; personnel records indicating job classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; general ledger; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation.

This Court shall retain jurisdiction to enforce this mandatory injunction and to hear a motion for amended pleadings or procedural or dispositive motions relating to Plaintiffs Complaint for a further money judgment for unpaid employer contributions and related expenses owed by Defendants as may be discovered by the audit.

Dated: January __7__, 2010

_____
Hon. Vaughn R. Walker
United States District Court Judge

12060584.1